(No. 28—Claimant awarded $1,921.87.)

MUDGE & COMPANY, Claimant, *vs*. STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*refund when erroneously paid.* Where a franchise tax has been erroneously paid the court may upon grounds of social justice and equity award a refund.

SIMS, WELCH, GODMAN & STRANKSY, for claimant.

EDWARD J. BRUNDAGE, Attorney General; FLOYD E. BRITTON, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the recovery of franchise tax, erroneously paid to the Secretary of State of the State of Illinois, by claimant, in the years 1920, 1921 and 1922, amounting in all to $1,921.87.

Demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $1,921.87.

---

(No. 29—Claimant awarded $1,210.09.)

JOHN W. McDOWELL, TRUSTEE IN BANKRUPTCY OF AVERY COMPANY, Claimant, *vs*. STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*refund when erroneously paid.* The court may as an act of social justice and equity award claimant a refund of a franchise tax erroneously paid.

HUNTER, PAGE & KAVANAUGH, for claimant.

EDWARD J. BRUNDAGE, Attorney General; FLOYD E. BRITTON, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for refund of franchise tax erroneously paid the Secretary of State of the State of Illinois, by claimant, amounting to $1,210.09.

The demurrer filed by the Attorney General of the State of Illinois is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $1,210.09.